MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
DOUGLAS M. ROWAN, ESQ.
Nevada Bar No. 4736
E-mail:  Douglas.Rowan@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101-6014
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Attorneys for Costco Wholesale Corporation

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAQUEL C. ROMERO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION; DOE CLEANING COMPANY; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>　　　　Defendants. | Case No.:  2:15-cv-2382<br><br>**Costco Wholesale Corporation's Motion to Remove Counsel from Service List** |

Costco Wholesale Corporation moves to remove attorney Kym Cushing from the CM/ECF electronic service list.  Mr. Cushing is no longer affiliated with Wilson Elser Moskowitz Edelman & Dicker  and no longer represents Costco Wholesale Corporation in this matter.

DATED this 6th day of March, 2018.

　　　　　　　　　　　　　　　　　　　　WILSON ELSER MOSKOWITZ
　　　　　　　　　　　　　　　　　　　　EDELMAN & DICKER LLP

　　　　　　　　　　　　　　　　　　　　*/s/ Michael P. Lowry*

　　　　　　　　　　　　　　　　　　　　MICHAEL P. LOWRY, ESQ.
　　　　　　　　　　　　　　　　　　　　DOUGLAS M. ROWAN, ESQ.
　　　　　　　　　　　　　　　　　　　　300 South Fourth Street, 11th Floor
　　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89101-6014
　　　　　　　　　　　　　　　　　　　　Tel: 702.727.1400/Fax: 702.727.1401
　　　　　　　　　　　　　　　　　　　　Attorneys for Costco Wholesale Corporation

IT IS SO ORDERED.

[signature]

UNITED STATES MAGISTRATE JUDGE
DATED: 3-9-2018

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | Pursuant to FRCP 5(b), I certify that I am an employee of Wilson Elser Moskowitz Edelman |
| 3 | & Dicker LLP, and that on March 6, 2018, I served **Costco Wholesale Corporation's Motion to** |
| 4 | **Remove Counsel from Service List**: |

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada; and/or

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk; and/or

Garnet E. Beal, Esq.
RICHARD HARRIS LAW FIRM
801 South Fourth Street
Las Vegas, Nevada 89101
(702) 444-4444; FAX (702) 444-4455
Attorneys for Plaintiff

BY  */s/ Michael P. Lowry*
   An Employee of
   WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP