DOUGLAS M. ROWAN, ESQ.
Nevada Bar No. 4736
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
douglas.rowan@wilsonelser.com
*Attorneys for Defendant Costco Wholesale Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAQUEL C. ROMERO,<br><br>    Plaintiff,<br><br>    vs.<br><br>COSTCO WHOLESALE CORPORATION; DOE<br>CLEANING COMPANY; DOES 1-20 and ROE<br>BUSINESS ENTITIES 1-20, inclusive,<br><br>    Defendants. | CASE NO:  2:15-cv-02382-MMD-VCF<br><br>**STIPULATION AND ORDER FOR<br>DISMISSAL OF ENTIRE CASE WITH<br>PREJUDICE** |

Plaintiff Raquel C. Romero, by and through her counsel of record Kristopher M. Helmick,

Esq., of Richard Harris Law Firm, and Defendant Costco Wholesale Corporation, by and through its

counsel of record, Douglas M. Rowan, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP,

. . .

. . .

. . .

hereby stipulate and agree to the dismissal of the above-captioned action, with prejudice, with each party to bear their own fees and costs.

DATED this 7th day of ~~May~~ *June*, 2018

DATED this 20 day of ~~May~~ *June*, 2018

**RICHARD HARRIS LAW FIRM**

KRISTOPHER M. HELMICK, ESQ.
Nevada Bar No. 13348
801 South Fourth Street
Las Vegas, Nevada 89101
(702) 444-4444; FAX (702) 444-4455
*Attorneys for Plaintiff*

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

DOUGLAS M. ROWAN, ESQ.
Nevada Bar No. 4736
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
*Attorneys for Defendant Costco Wholesale Corporation*

## ORDER

IT IS SO ORDERED.

Dated this 25th day of June, 2018

**UNITED STATES DISTRICT COURT JUDGE**

Prepared and Respectfully Submitted by:

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY: 
Douglas M. Rowan
Nevada Bar No. 004736
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant Costco Wholesale* Corporation